UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. PALOMARES, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0163 CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: April 5, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/belm0163.36