UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE, | No. 2:19-cv-00163 TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| S. PALOMARES, et al., | |
| Defendants. | |

      This matter is before the Court on Miguel Belmonte's ("Plaintiff") Motion for Reconsideration filed January 21, 2020. (ECF No. 30.) Plaintiff asks this Court to reconsider the magistrate judge's order filed January 13, 2020. (ECF No. 29.) The January 13, 2020 order determined that Plaintiff's Second Amended Complaint ("SAC") (ECF No. 17) could not be screened because Plaintiff filed seven additional pleadings captioned as "Supplement[s]" to the SAC. (ECF Nos. 20–23, 25–27.)

      The Court ordered Plaintiff to file a Third Amended Complaint ("TAC") listing all claims and defendants he wishes to pursue, and "advised against supplementing any third amended complaint with additional 'notices' or 'supplements.'" (ECF No. 29 at 3.) Further, the Court required Plaintiff's TAC "demonstrate how the conditions complained of have resulted in a deprivation of plaintiff's constitutional rights" and "how each named defendant is involved." (*Id.*) Finally, the Court warned against referring to any prior pleadings in the TAC. (*Id.*)

1

      Instead of filing a TAC, Plaintiff filed the instant motion, asserting he is a victim of "peculiar circumstances" because his legal paperwork was confiscated by prison officials. (ECF No. 30 at 1.) Plaintiff asks the Court to either: (1) screen the second amended complaint without the seven additional "supplements"; or (2) return all documents filed with the court and grant more time to file a third amended complaint. (*Id*. at 1–2.)

      "Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless 'clearly erroneous or contrary to law.'" *Stribling v. Uddin*, 218-CV-01085-TLN-KJN, 2019 WL 331288, at *1 (E.D. Cal. Jan. 25, 2019). Upon review of the entire file it does not appear the order of the magistrate judge was clearly erroneous or contrary to law. The Federal Rules of Civil Procedure require a plaintiff to file a single complaint listing all claims and defendants plaintiff wishes to pursue. Fed. R. Civ. P. 15(a)(2). If a plaintiff wishes to file additional notices or "supplements," the Federal Rules require plaintiff file a formal request, which must be granted by the Court. Fed. R. Civ. P. 15(d). Moreover, Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. Plaintiff filed an amended complaint and subsequently filed seven "supplements" without leave of court to do so. Thus, the order was not clearly erroneous or contrary to law because Plaintiff failed to conform to proper pleading procedure and the magistrate judge could not screen the complaint.

      Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed January 13, 2020 (ECF no. 29), is affirmed.
2. Plaintiff is *sua sponte* granted 30 days from the date of this order to file a Third Amended Complaint. Failure to file an amended complaint in accordance with this order will result in the dismissal of this action.
3. The Clerk of Court is directed to serve Plaintiff with Docket Numbers 1, 6, 10, 17, 20, 21, 22, 23, 25, 26, and 27.

///
///
///

1       IT IS SO ORDERED.

2 DATED: April 16, 2020

                              Troy L. Nunley
                              United States District Judge