UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>S. PALOMARES, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-00163-TLN-CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff, a former state prisoner, is proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed October 2, 2020, plaintiff's third amended complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty-day period has now expired, and plaintiff has not filed an amended complaint.

　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

/////

/////

1

1  and Recommendations." Plaintiff is advised that failure to file objections within the specified
2  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3  (9th Cir. 1991).
4  Dated: November 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12 12/belm0163.fta(4).docx