UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BELMONTE,<br><br>                  Plaintiff,<br><br>       v.<br><br>S. PALOMARES, et al.,<br><br>                  Defendant. | No. 2:19-cv-00163 TLN CKD P<br><br>**ORDER** |

Plaintiff Miguel Belmonte ("Plaintiff"), a former state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 23, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 42.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 43.) Plaintiff was properly served and it is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*.

1

1  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 23, 2020 (ECF No. 42), are ADOPTED IN FULL; and

2. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: December 14, 2020

Troy L. Nunley
United States District Judge